No. 10-10002. James Howard Streets, Petitioner v. United States.

563 U.S. 1000, 131 S. Ct. 2472, 179 L. Ed. 2d 1232, 2011 U.S. LEXIS 3579.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 401 Fed. Appx. 81.